```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------------X
                                                            :
JENISA ANGELES, on behalf of herself and                    :
all others similarly situated,                              :
                                                            :
                                    Plaintiff,              :           20-CV-8138 (VSB)
                                                            :
                 -against-                                  :           **ORDER**
                                                            :
MOLLY MALONE'S BOUTIQUE, LLC,                               :
                                                            :
                                    Defendant.              :
-------------------------------------------------------- X

<u>VERNON S. BRODERICK</u>, United States District Judge:

     Plaintiff filed this action on October 1, 2020. (Doc. 1). Plaintiff returned a summons indicating that Defendant was served on October 14, 2020. (Doc. 5.) The deadline for Defendant to respond to Plaintiff's complaint was November 4, 2020. (*See id.*) Defendant never responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, she is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than July 23, 2021. If Plaintiff fails to do so or otherwise demonstrates that she does not intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    July 12, 2021
             New York, New York

                                                                    _____
                                                                   VERNON S. BRODERICK
                                                                   United States District Judge