```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JENISA ANGELES, on behalf of herself and                    :
all others similarly situated,                              :
                                                            :
                              Plaintiff,                    :      20-CV-8138 (VSB)
                                                            :
              -against-                                     :      ORDER
                                                            :
MOLLY MALONE'S BOUTIQUE, LLC,                               :
                                                            :
                              Defendant.                    :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

      Plaintiff filed this action on October 1, 2020. (Doc. 1). On July 12, 2021, after Defendant failed to appear, I issued an order directing Plaintiff to seek default judgment "in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than July 23, 2021." (Doc. 6.) Among other things, my Individual Rules require a plaintiff who seeks a default judgment to prepare an order to show cause. *See* Individual Rules Attachment A. Plaintiff in this case has not done so. Plaintiff also failed to file the appropriate attorney's affidavit with attachments as my rules require.

      Accordingly, by October 15, 2021, Plaintiff must file the appropriate papers seeking a default judgment as detailed in my individual rules. Failure to do so likely will result in dismissal for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    October 6, 2021
             New York, New York

                                                                                           _____
                                                                      VERNON S. BRODERICK
                                                                      United States District Judge